**THOMPSON COBURN LLP**
**JOHN L. VIOLA, CSB 131407**
jviola@thompsoncoburn.com
10100 Santa Monica Boulevard Suite 500
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

JS-6

Attorney for Defendant,
ATKORE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VARELA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:20-cv-01973-JGB-SP<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the Stipulation of the parties, filed November 9, 2021,

**IT IS HEREBY ORDERED** that the above action is hereby dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

DATED:  November 10, 2021

_____
UNITED STATES DISTRICT JUDGE

10252024.1

1
**ORDER DISMISSING ACTION**